

September 15, 2014

**VIA ECF AND FEDEX**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Teachers' Retirement System of Louisiana, et al. v. Pfizer, Inc. et al.*, No. 14-2853

Dear Ms. O'Hagan Wolfe:

We represent Plaintiffs-Appellants Christine Fleckles, Julie Perusse and Alden Chace in the above-referenced appeal currently pending before the Second Circuit. We write to inform the Court that, as the Court-appointed class representatives below, Ms. Fleckles, Ms. Perusse and Mr. Chace will be joining their fellow class representative, Plaintiff-Appellant Teachers' Retirement System of Louisiana ("TRSL") in the Opening Brief to be filed with this Court on November 19, 2014, and in all subsequent filings made by or on behalf of Plaintiffs-Appellants or TRSL.

I am happy to answer any further questions you have regarding this matter.

Respectfully submitted,

Andrew L. Zivitz

cc: All counsel via CM/ECF

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
580 California Street, Suite 1750, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM